

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LLOYD G. MAXWELL<br>　　FED. REG. #23935-037<br>　　Alien No. A 026 200 945 | CIVIL ACTION NO. 3:10-cv-1893 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JOHN SMITH | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 10 day of March, 2011.

　　　　　　　　　　　　　ROBERT G. JAMES
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE